UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANDE CAMERON AND COMPANY OF SEATTLE, INC., PAUL M. ANDONIAN and GREGORY Y. ANDONIAN, and CHARLES C. ANDONIAN , <br><br>Plaintiffs, <br><br>v. <br><br>CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, et al., <br><br>Defendants. | Case No. C07-1312JPD <br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS PANDE CAMERON, PAUL M. ANDONIAN, GREGORY Y. ANDONIAN and CHARLES C. ANDONIAN , and on behalf of DEFENDANT CITY OF SEATTLE in the amount of $6,583.56 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $5,461.60 | $421.20 | $5,040.40 |

Clerk allowed as taxable costs those expenses incurred for depositions actually used by either party in support of or in opposition to the motion for summary judgment.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. COPY COSTS | $3,587.19 | $2,044.03 | $1,543.16 |

The clerk allowed cost of copying that was identified in the cost bill as being directly related to the filing of the motion for summary judgment or for trial exhibits. The clerk allowed 35% of the total "Remaining In-House Copy Charges" incurred by defendant. This represents the clerk's estimate of the portion of in-house copying directly related to summary judgement motion or trial exhibits.

Dated this ___20th___ day of APRIL, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2